UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE LEE PARKER,<br><br>                    Plaintiff,<br><br>v.<br><br>REGINA JENKINS-GRANT, et al.,<br><br>                    Defendants. | Case No. 21-10467<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 33) AND DENYING AS MOOT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 23)**

Plaintiff, a *pro se* prisoner, brought this action against six individuals working at the Macomb Correctional Facility (MRF) where he was incarcerated prior to being transferred to Oaks Correctional Facility (ECF) and ultimately the Earnest C. Brooks Correctional Facility (LRF).

On March 22, 2022, the assigned magistrate judge issued a Report and Recommendation (R&R) (ECF No. 33) on Plaintiff's Emergency Motion for Preliminary Injunction (ECF No. 23). The R&R recommends that the Court deny the motion as moot because plaintiff is no longer housed at

MRF and thus the MRF-related injunctive relief is no longer applicable. ECF No. 33. Neither party has filed an objection to the R&R.

The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Emergency Motion for Preliminary Injunction (ECF No. 23) is **DENIED AS MOOT.**

Dated: May 27, 2022

/s Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge